ARNOLD D. LARSON, Esq., (S.B. #77118)
MARY P. LIGHTFOOT, Esq., (S.B. #137477)
DARREN M. BALLAS, Esq., (S.B.# 198584)
IVERSON, YOAKUM, PAPIANO & HATCH
624 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel.: (213) 624-7444 / Fax: (213) 629-4563

Attorneys for Defendants,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., formerly known as "The Firestone Tire & Rubber Company") and erroneously sued herein as "Firestone Tire & Rubber Company", and BFS RETAIL & COMMERCIAL OPERATIONS, LLC dba FIRESTONE TIRE & SERVICE CENTERS, erroneously sued herein as "Firestone Tire & Service Center"

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. JONES and MONA R. VEKAS,<br><br>Plaintiffs,<br><br>v.<br><br>FIRESTONE TIRE & RUBBER COMPANY, FIRESTONE TIRE & SERVICE CENTER; and , DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 1:05-CV-01525 DLB<br><br>**STIPULATION AND ORDER RE: DISCOVERY ISSUES**<br><br>[FRCP Rules 26 & 35]<br><br>**Complaint filed** : September 19, 2005 |

Defendants BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., and BFS RETAIL & COMMERCIAL OPERATIONS, LLC (collectively "Defendants"), on the one hand, and Plaintiffs LINDA JONES and MONA VEKAS (hereafter "Plaintiffs"), on the other hand, agree to the following:

///

WHEREAS Plaintiff Linda Jones has claimed damages from significant injuries alleged to have been caused by the accident that is the subject of this matter;

WHEREAS Plaintiff Linda Jones has had a significant medical history predating the incident which involves injuries to the same or similar areas of her body as were alleged to have been injured in the subject accident;

WHEREAS the medical records of Plaintiff Linda Jones are extensive;

WHEREAS Plaintiff Linda Jones has presented a significant record pertaining to the history of the subject vehicle;

WHEREAS the parties have diligently pursued discovery by conducting depositions of percipient witnesses, law enforcement and emergency personnel;

WHEREAS the depositions of the Plaintiffs have been set for September 12 and 19;

WHEREAS the parties are diligently continuing to pursue all discovery avenues in an effort to substantially complete discovery by a proposed mid-to-late-October 2006 mediation;

WHEREAS the present November 10, 2006 Expert Disclosure date will require the Plaintiffs and Defendants to expend substantial time and costs preparing their experts during a time period when they are seeking to have an effective mediation, and the parties desire to limit costly expert fees while diligently pursuing such settlement opportunities;

WHEREAS Plaintiffs and Defendants, and their respective experts, require additional time to review the documentation in this case and issue reports thereon; and

WHEREAS at the present time, neither Plaintiffs, nor Defendants anticipate calling a voluminous amount of experts, thereby reducing the need for a lengthy expert deposition period;

///

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. The Defendants shall be relieved of the ordinary 7 hour limit on depositions with respect to the deposition of Plaintiff Linda Jones, and may instead be permitted up to 10.5 hours to conduct her deposition, if necessary.

2. The Expert Disclosure date shall be continued from November 10, 2006 to January 15, 2007.

3. The Expert Discovery Cut-Off Date shall be continued from February 6, 2007 to February 28, 2007.

4. Any expert discovery related motions (as opposed to *motion in limine* or other exclusion motions related to experts) shall be filed no later than March 2, 2007 and heard no later than March 23, 2007.

**SO STIPULATED:**

Dated:  August __, 2006          IVERSON, YOAKUM, PAPIANO & HATCH

By:  _____/s/ Signature on File_____
         DARREN M. BALLAS
Attorneys for Defendants,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., formerly known as "The Firestone Tire & Rubber Company") and erroneously sued herein as "Firestone Tire & Rubber Company", and BFS RETAIL & COMMERCIAL OPERATIONS, LLC dba FIRESTONE TIRE & SERVICE CENTERS, erroneously sued herein as "Firestone Tire & Service Center"

Dated:  August __, 2006          LAW OFFICES OF JAMES E. NORIEGA

By:  _____/s/ Signature on File_____
         JAMES E. NORIEGA
Attorneys for Plaintiffs,
LINDA JONES and MONA VEKAS

**IT IS HEREBY ORDERED THAT:**

1. The Defendants shall be relieved of the ordinary 7 hour limit on depositions with respect to the deposition of Plaintiff Linda Jones, and may instead be permitted up to 10.5 hours to conduct her deposition, if necessary;

2. The Expert Disclosure date shall be continued from November 10, 2006 to January 15, 2007;

3. The Expert Discovery Cut-Off Date shall be continued from February 6, 2007 to February 28, 2007;

4. Any expert discovery related motions (as opposed to motion *in limine* or other exclusion motions related to experts) shall be filed no later than March 2, 2007 and heard no later than March 23, 2007.

DATED: September 7, 2006          __/s/ Dennis L. Beck_____
                                                Dennis L. Beck
                                                United States Magistrate Judge