ARNOLD D. LARSON, Esq., (S.B. #77118)
MARY P. LIGHTFOOT, Esq., (S.B. #137477)
DARREN M. BALLAS, Esq., (S.B.# 198584)
IVERSON, YOAKUM, PAPIANO & HATCH
624 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel.: (213) 624-7444 / Fax: (213) 629-4563

Attorneys for Defendants,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., formerly known as "The Firestone Tire & Rubber Company") and erroneously sued herein as "Firestone Tire & Rubber Company", and BFS RETAIL & COMMERCIAL OPERATIONS, LLC dba FIRESTONE TIRE & SERVICE CENTERS, erroneously sued herein as "Firestone Tire & Service Center"

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. JONES and MONA R. VEKAS,<br><br>Plaintiffs,<br><br>v.<br><br>FIRESTONE TIRE & RUBBER COMPANY, FIRESTONE TIRE & SERVICE CENTER; and , DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.:  1:05-CV-01525 DLB<br><br>**STIPULATION AND ORDER RE:  MEDICAL EXAMINATIONS OF LINDA JONES AND MONA VEKAS**<br><br>[FRCP Rules 26 & 35]<br><br>**Complaint filed** : September 19, 2005 |

Defendants BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., and BFS RETAIL & COMMERCIAL OPERATIONS, LLC (collectively "Defendants"), on the one hand, and Plaintiffs LINDA JONES and MONA VEKAS (hereafter "Plaintiffs"), on the other hand, agree to the following:

WHEREAS, Defendants have requested that Plaintiffs attend individual

1  Medical Examinations to be conducted by Steven Graboff, M.D. at 17752 Beach
2  Blvd., Suite 202, in Huntington Beach, CA 92647, under Rule 35 of the Federal
3  Rules of Civil Procedure; and
4      WHEREAS Defendants and Plaintiffs agree that the damages alleged by
5  Plaintiffs have placed the subject(s) of such Medical Examinations at issue; and
6      WHEREAS Defendants and Plaintiffs desire to cooperate in good faith and
7  avoid the necessity of costly and time consuming law & motion;
8      THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT
9      1.    Plaintiffs will submit to the aforementioned Medical Examinations on
10 September 21, 2006, with the Medical Examination of LINDA JONES
11 commencing at 8:00 a.m., and the Medical Examination of MONA VEKAS to
12 follow immediately after the completion of the examination of LINDA JONES;
13     2.    Upon tender of receipts for their expenses, Defendants will reimburse
14 Plaintiffs for the cost of gasoline, lodging, and food, so that Plaintiffs may travel to
15 and stay in the vicinity of Dr. Graboff's office the night before the examinations,
16 and said reimbursement shall not exceed the total sum of $500.00;
17     3.    If an examination date is required to be changed in consideration of
18 Plaintiffs' and the examining doctor's schedules, Plaintiffs and Defendants stipulate
19 to extending the expert designation deadline and any rebuttal deadline to allow the
20 Defendants' examining doctor a reasonable time period to prepare his expert
21 reports, if such deadlines are not already extended based on any other stipulation
22 and proposed order;
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28     4.    This Stipulation may be executed in counterparts and a facsimile

1  signature shall be effective as an original signature.

2

3  **SO STIPULATED:**

4

5  Dated: August __, 2006         IVERSON, YOAKUM, PAPIANO & HATCH

6

7                                 By: _____/s/ Signature on File_____
                                      DARREN M. BALLAS
8                                     Attorneys for Defendants,
                                      BRIDGESTONE FIRESTONE NORTH
9                                     AMERICAN TIRE, LLC, successor to
                                      BRIDGESTONE/FIRESTONE, INC.,
10                                    formerly known as "The Firestone Tire &
                                      Rubber Company") and erroneously sued
11                                    herein as "Firestone Tire & Rubber
                                      Company", and BFS RETAIL &
12                                    COMMERCIAL OPERATIONS, LLC dba
                                      FIRESTONE TIRE & SERVICE CENTERS,
13                                    erroneously sued herein as "Firestone Tire &
                                      Service Center"

14

15  Dated: August __, 2006         LAW OFFICES OF JAMES E. NORIEGA

16

17                                 By: _____/s/ Signature on File_____
                                      JAMES E. NORIEGA
18                                    Attorneys for Plaintiffs,
                                      LINDA JONES and MONA VEKAS

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  **IT IS HEREBY ORDERED THAT:**

1.    Plaintiffs will submit to Medical Examinations on September 21, 2006, with the Medical Examination of LINDA JONES commencing at 8:00 a.m., and the Medical Examination of MONA VEKAS to follow immediately after the completion of the examination of LINDA JONES; and

2.    Upon tender of receipts for their expenses, Defendants will reimburse Plaintiffs for the cost of gasoline, lodging, and food, so that Plaintiffs may travel to and stay in the vicinity of the examining physician's office the night before the examinations, and said reimbursement shall not exceed the total sum of $500.00.

DATED: September 7, 2006          /s/ *Dennis L. Beck*
                                              Dennis L. Beck
                                              United States Magistrate Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 624 South Grand Avenue, 27th Floor, Los Angeles, CA 90017.

On the date specified herein below, I served the foregoing document, described herein, on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s), Los Angeles, California, addressed as follows:

**[Please see attached Service List]**

Date of Service:   **September 6, 2006**

Document Served: **STIPULATION REGARDING MEDICAL EXAMINATION OF LINDA JONES AND MONA VEKAS**

___   **(REGULAR MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postage service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**_X_**   **BY E-Filing/E-Serve** I caused such document to be e-filed, by which a copy will be electronically transmitted to the recipient.

___   **BY FACSIMILE** By sending a copy of said document by facsimile machine for instantaneous transmittal via telephone line to the offices of the addressee(s) listed on the attached service list using the facsimile number(s) listed on the service list.

___   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**_X_**   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on this date, **September 6, 2006**.

          _____/s/ Signature on File_____
                    **Maria C. Dimas**

**IVERSON, YOAKUM, PAPIANO & HATCH**

5

**STIPULATION AND ORDER REGARDING MEDICAL EXAMINATIONS OF LINDA JONES AND MONA VEKAS**

# SERVICE LIST

## JONES, et al. vs. BRIDGESTONE FIRESTONE, et al.
### FILE NO.: 1701-1427

JAMES E. NORIEGA, ESQ.
LAW OFFICES OF JAMES E. NORIEGA
3300 Truxtun Avenue, Suite 350
Bakersfield, CA 93301
Tel: (661) 322-7900/ Fax (661) 322-3930
**Attorney for Plaintiff's LINDA JONES and MONA R. VEKAS**

IVERSON, YOAKUM,
PAPIANO & HATCH

**STIPULATION AND ORDER REGARDING MEDICAL EXAMINATIONS OF LINDA JONES AND MONA VEKAS**