1  ARNOLD D. LARSON, Esq., (S.B. #77118)
   MARY P. LIGHTFOOT, Esq., (S.B. #137477)
2  DARREN M. BALLAS, Esq., (S.B.# 198584)
   IVERSON, YOAKUM, PAPIANO & HATCH
3  624 South Grand Avenue, 27th Floor
   Los Angeles, California 90071
4  Tel.: (213) 624-7444 / Fax: (213) 629-4563

5

6  Attorneys for Defendants,
   BRIDGESTONE FIRESTONE NORTH
7  AMERICAN TIRE, LLC, successor to
   BRIDGESTONE/FIRESTONE, INC., formerly
8  known as "The Firestone Tire & Rubber
   Company") and erroneously sued herein as
9  "Firestone Tire & Rubber Company", and BFS
   RETAIL & COMMERCIAL OPERATIONS, LLC
10 dba FIRESTONE TIRE & SERVICE CENTERS,
   erroneously sued herein as "Firestone Tire &
11 Service Center"

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. JONES and MONA R. VEKAS,<br><br>            Plaintiffs,<br><br>      v.<br><br>FIRESTONE TIRE & RUBBER COMPANY, FIRESTONE TIRE & SERVICE CENTER; and , DOES 1 through 100, Inclusive,<br><br>            Defendants. | CASE NO.:  1:05-CV-01525-AWI-DLB<br><br>(Removed from Kern County Superior Court, State Action No. S-1500-CV 256445 SPC)<br><br>**STIPULATION AND ORDER RE: APPLICATION FOR LETTERS ROGATORY**<br><br>[FRCP Rules 26 & 35]<br><br>**Complaint filed** : September 19, 2005 |

Defendants BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., and BFS RETAIL & COMMERCIAL OPERATIONS, LLC (collectively "Defendants"), on the one hand, and Plaintiffs LINDA JONES and MONA VEKAS (hereafter "Plaintiffs"), on the other hand, agree to the following:

/ / /

1

1  WHEREAS the subject vehicle was a 2000 Roadtrek Popular 200 built by
2  Home and Park Motorhomes, aka Hanmar Motor Corporation;

4  WHEREAS Hanmar Motor Corporation is a Canadian entity based in
5  Kitchener, Ontario, Canada;

7  WHEREAS in addition to building the subject vehicle, documents produced
8  by Plaintiffs indicate that Hanmar Motor Corporation had possession of the subject
9  vehicle for 2 ½ to 3 months after it was sold;

11  WHEREAS Defendants desire to examine Hanmar Motor Corporation
12  regarding the subject vehicle and to obtain specifications, service records and other
13  documents pertaining to the subject vehicle;

15  WHEREAS Federal Rule of Civil Procedure 28(b) in conjunction with
16  Canada Evidence Act, Section 43, <u>et seq.</u>, and the Ontario Evidence Act, Section 60
17  provide that a United States court may submit letters rogatory to a court in Canada
18  for the purpose of obtaining testimonial and documentary discovery;

20  WHEREAS time is of the essence in that the discovery cut-off date is
21  December 15, 2006 and Defendants have been informed that the process of
22  obtaining a Court order in Canada, and ultimately, compliance by the third party,
23  can take up to 90 days, and sometimes more;
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  NOW, THEREFORE, it is hereby stipulated and agreed as follows:

2      The Defendants shall be permitted to bring their application for Letters Rogatory pursuant to Rule 28(b) by submission of its request *ex parte* pursuant to this Court's ordinary and regular procedures for submitting proposed orders (i.e., *via* electronic filing and submission to dlborders@caed.uscourts.gov), or alternatively, at the convenience of this Court, on a motion to be heard on shortened time.

**SO STIPULATED:**

Dated: September __, 2006    IVERSON, YOAKUM, PAPIANO & HATCH

By:     /S/
    DARREN M. BALLAS
Attorneys for Defendants,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC., formerly known as "The Firestone Tire & Rubber Company") and erroneously sued herein as "Firestone Tire & Rubber Company", and BFS RETAIL & COMMERCIAL OPERATIONS, LLC dba FIRESTONE TIRE & SERVICE CENTERS, erroneously sued herein as "Firestone Tire & Service Center"

Dated: September __, 2006    LAW OFFICES OF JAMES E. NORIEGA

By:     /S/
    JAMES E. NORIEGA
Attorneys for Plaintiffs,
LINDA JONES and MONA VEKAS

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED THAT:**

The Defendants shall bring their request for Letters Rogatory by submission of its request and proposed order pursuant to this Court's ordinary and regular procedures for submitting proposed orders (i.e., *via* electronic filing and submission to dlborders@caed.uscourts.gov), rather than on a noticed motion.

DATED: September 20, 2006     __/s/ *Dennis L. Beck*_____
                               Dennis L. Beck
                               United States Magistrate Judge