ARNOLD D. LARSON, Esq., (S.B. #77118)
MARY P. LIGHTFOOT, Esq., (S.B. #137477)
DARREN M. BALLAS, Esq., (S.B.# 198484)
IVERSON, YOAKUM, PAPIANO & HATCH
624 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel.: (213) 624-7444 / Fax: (213) 629-4563

Attorneys for Defendants,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC,
successor to BRIDGESTONE/FIRESTONE, INC., formerly known as
("The Firestone Tire & Rubber Company") and erroneously sued
herein as "Firestone Tire & Rubber Company", and BFS RETAIL &
COMMERCIAL OPERATIONS, LLC dba FIRESTONE TIRE &
SERVICE CENTERS, erroneously sued herein as "Firestone Tire &
Service Center"

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA D. JONES and MONA R. VEKAS,<br><br>Plaintiffs,<br><br>v.<br><br>FIRESTONE TIRE & RUBBER COMPANY, FIRESTONE TIRE & SERVICE CENTER; and, DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 1:05-cv-01525-DLB<br><br>(Removed from Kern County Superior Court, State Action No. S-1500-CV 256445 SPC)<br><br>**STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)**<br><br>**Complaint filed** : September 19, 2005 |

Defendants BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL & COMMERCIAL OPERATIONS, LLC ("DEFENDANTS") and Plaintiffs LINDA D. JONES and MONA R. VEKAS, being all the parties to this action, enter into the following stipulation:

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that the above-referenced action be dismissed in its entirety, with prejudice, pursuant to Rule

1  41(a)(1) & (2) of the Federal Rules of Civil Procedure, in exchange for a waiver of
2  costs by DEFENDANTS.

4  Dated: November 7, 2006        IVERSON, YOAKUM, PAPIANO & HATCH

6                                 By: _____
7                                     DARREN M. BALLAS
                                      Attorneys for Defendants,
8                                     BRIDGESTONE FIRESTONE NORTH
                                      AMERICAN TIRE, LLC, and BFS RETAIL
9                                     & COMMERCIAL OPERATIONS, LLC

11 Dated: November 3, 2006         LAW OFFICES OF JAMES E. NORIEGA

13                                 By: _____
                                       JAMES E. NORIEGA
14                                     Attorneys for Plaintiffs,
                                       LINDA D. JONES and MONA R. VEKAS
15

17                                     **ORDER**

18     **IT IS ORDERED** that the complaint of Plaintiffs LINDA D. JONES and
19 MONA R. VEKAS is dismissed in its entirety, with prejudice.

22 Dated: 11/16/2006              _____
                                  ~~JUDGE OF THE UNITED STATES~~
23                                ~~DISTRICT COURT - EASTERN DISTRICT~~
24                                U S Magistrate Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 624 South Grand Avenue, 27th Floor, Los Angeles, CA 90017.

On the date specified herein below, I served the foregoing document, described herein, on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s), Los Angeles, California, addressed as follows:

**[Please see attached Service List]**

Date of Service:   **November 14, 2006**

Document Served: **STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

__X__   **(REGULAR MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postage service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

___   **BY FACSIMILE** By sending a copy of said document by facsimile machine for instantaneous transmittal via telephone line to the offices of the addressee(s) listed on the attached service list using the facsimile number(s) listed on the service list.

___   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on this date, **November 14, 2006.**

_____
Maria C. Dimas

IVERSON, YOAKUM, PAPIANO & HATCH

STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)

# SERVICE LIST

## JONES, et al. vs. BRIDGESTONE FIRESTONE, et al.

James E. Noriega, Esq.
LAW OFFICES OF JAMES E. NORIEGA
3300 Truxtun Avenue, Suite 350
Bakersfield, CA 93301
Tel: (661) 322-7900/ Fax (661) 322-3930
*Attorneys for Plaintiffs LINDA D. JONES and MONA R. VEKAS*

IVERSON, YOAKUM,
PAPIANO & HATCH

STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)